Respondent. — Judgment and order affirmed, with costs.

The Elmira Iron and Steel Rolling Mill Company, Appellant, v. Nathaniel C. Harris, Respondent, Impleaded, etc. — Order affirmed, with costs. Opinion by Boardman, J.

Charles F. Bitter, Respondent, v. The Onondaga County Savings Bank, Appellant. — Declined to consider the appeal; case imperfect; leave granted to resettle the case, without costs to either party. Opinions by Follett and Boardman, JJ., and Hardin, P. J.

Catharine F. Holmes, Appellant, v. Henry B Ogden, Respondent. — Judgment and order affirmed, with cost. Opinion by Hardin, P. J.

William W. Shaw, Appellant, v. Asa J. Stott, Respondent. — Judgment affirmed, with costs.

Henry M. Case, Respondent, v. Isaac R. Pharris, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Elmina Geer, Respondent, v. William H. Connor, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Boardman, J.

Charles L. Wilder, Respondent, v. Joel Stewart, Appellant. — Judgment affirmed, with costs. Opinion by Follett, J.

Charles Smith, Respondent, v. Harvey K. Doolittle, Appellant. — Judgment of Jefferson County Court affirmed, with costs. Opinion by Hardin, P. J.

James McDonald, Plaintiff, v. Egbert A. Smith and others, Defendants. — Submission irregular as the appeal was dismissed at the October term.

Irving Snell, Appellant, v. Selim Newell and Samuel W. Brown, Respondents. — Judgment of County Court of Herkimer county reversing the justice's judgment affirmed, with costs. Opinion by Follett, J.; Hardin, P. J., not voting.

James H. Williams, Survivor, etc., Respondent, v. Leonard W. Huyck, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Henry Davy and another, Respondents, v. George H. Paine, as Executor, etc., Appellant. — Judgment affirmed, with costs. Opinion by Boardman, J.

Stephen R. Ryan, Appellant, v. Erastus K. Burnham, Respondent. — Judgment of the County Court of Jefferson county reversed, and the judgment of the Justices' Court affirmed, with costs. Opinion by Follett, J.

Rhode Ann Van Bramer, Respondent, v. Jacob Schaffer, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Wealthy Dexter, Appellant, v. Daniel C. Case, Respondent. — Judgment of the County Court of Oswego county affirmed, with costs. Opinion by Boardman, J.

Elias Walter and another, Appellants, v. William C. Gould, Respondent — Judgment of the County Court of Jefferson county reversing the justice's judgment reversed, and the judgment of the justice affirmed, with costs. Opinion by Boardman, J.

Henry Nellis, Appellant, v. Walter P. Thayer, Respondent. — Judgment affirmed, with costs. Opinion by Follett, J.

George L. Randall, Respondent, v. Laura A. Randall, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Daniel S. Gardner, Respondent, v. Edwin R. Mead, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Boardman, J.; Follett, J, not sitting.

John J. Christie and others, Respondents, v. George G. Warren, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Josiah C. Mosher, Appellant, v. Elmore W. Ross, Respondent. — Judgment of the Oswego County Court affirmed, with costs. Opinion by Boardman, J.

Isaac W. Bennett v. The Agricultural Insurance Company. — Leave granted to appeal to the Court of Appeals, on the ground that a question of law is involved which ought to be reviewed by that court. Hardin, P. J., not sitting.

The People of the State of New York v. David Angsbury. — Motion to make the judgment of the Court of Appeals the judgment of this court granted, and order certified to Jefferson county.

Albert H. Ford, Respondent, v. George W. Head and another, Appellants. — Motion granted to amend memorandum of decisions made at the October Term, so that it shall read, viz.: "Judgment and order reversed and a new trial ordered, with costs to abide the event, unless plaintiff shall stipulate to reduce the verdict to $127.55, and interest thereon from the 25th day of May, 1881, in which case the verdict and judgment and order, as so modified, are affirmed, without costs of this appeal to either party.

In the Matter of Proving the Last Will and Testament of Samuel Woolever, Deceased. — Motion granted, with ten dollars costs, unless the appellant shall, within thirty days, perfect the case and appeal papers, and serve printed copies thereof, and pay ten dollars costs of opposing motion. Cause ordered over the term without prejudice.

The People of the State of New York v. The Merchants' Bank.

In re Application of William H. Kimball, Receiver. — Account allowed, and order certified to Jefferson county.

William W. Ross v. Edward N. Westcott and others. — Motion to dismiss appeal granted. Per Curiam opinion filed with the clerk of Onondaga county.

In the Matter of the Final Accounting of Henry R. Sheldon, Assignee, etc. — Motion granted, without costs, and appeal dismissed, without costs.

In the Matter of Michael L. McCarty, Counselor and Attorney of this court. — Papers ordered filed in Onondaga county, and reference ordered to Judge Northrup to take proofs and report at the next term of this court. Reference to proceed on eight days' notice by either party.

In the Matter of the General Assignment of Louis Meinhold and another, Appellants, v. Austin P. Williams, Assignee, and others, Respondents. — Order affirmed, with ten dollars costs and disbursements

James H. Woodford, Respondent, v. David H. Rassbach, Appellant. — The orders granted prior to the order of the Special Term held at Oswego, June 28, 1884, entered August 7, 1884, and appealed from, are affirmed The order granted at a Special Term held at Oswego, June 28, 1884, entered August 7, 1884, is reversed, with ten dollars costs and disbursements, and the motion denied on the merits, with ten dollars costs and referee's fees, and it is adjudged that the judgment recovered herein is settled and satisfied.

James H. Woodford, Respondent, v. Benjamin F. Chapman, Henry K. W. Bruce and Edwin R. White, Appellants. — The orders granted prior to the order of the Special Term held at Oswego, June 28, 1884, entered August 7, 1884, and appealed from, are affirmed. The order granted at Special Term held at Oswego, June 28, 1884, entered August 7, 1884, is reversed, with ten dollars costs and disbursements, and the motion denied on the merits, with ten dollars costs and referee's fees, and it is adjudged that this action is settled and discontinued.

Samuel Wells, Appellant, v. Leonard L. Fancher, Respondent. — Order affirmed, with ten dollars costs and disbursements.

Susan S. Gregg, as Administratrix, etc., Re-